IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION NO. 17-320 |
| JAVIER RAMOS-RUIZ, *Defendant.* | |

# ORDER

**AND NOW**, this 25th day of September, 2017, upon consideration of the motions and responses thereto, it is hereby **ORDERED** that:

1. The Motion for Speedy Trial Act Delay, (ECF No. 70), is **GRANTED**;

2. The Motion for Severance, (ECF No. 89), is **DENIED**.

BY THE COURT:

/s/ *Gerald J. Pappert*

GERALD J. PAPPERT, J.